**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | : | |
|---|---|---|
| **FANNIE M. MORRISON,** | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CASE NO. 7:06-CV-87 (HL) |
| | : | |
| | : | |
| **MICHAEL J. ASTRUE, Commissioner of** | | |
| Social Security | : | |
| | : | |
| Defendant | : | |
| | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 12) filed August 30, 2007 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed by the plaintiff to the Magistrate Judge's Recommendation within the time allowed.

**SO ORDERED,** this the 26th day of September, 2007.

               *s/ Hugh Lawson*
               **HUGH LAWSON, Judge**
               **United States District Court**